UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------x

COURTNEY C. LITOWITZ,

              Plaintiff,              Civil Action No.
   v.                                     3:20-cv-724

HONORABLE MERRICK B. GARLAND, in his    (Thompson, J.)
Official Capacity as the Attorney General of
the United States,

              Defendant.

-----------------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action that:

1. This action shall be dismissed with prejudice.

2. The Clerk of the Court is directed to enter judgment accordingly.

Dated: October 7, 2021

                                      WILLINGER, WILLINGER & BUCCI
                                      Attorney for Plaintiff
                                      1000 Bridgeport Ave, St. 501
                                      Shelton, CT 06484

                          By:   _____
                              THOMAS W. BUCCI
                              Tel.:   (202) 366-3939
                              E-mail:  Tbucci@wwblaw.com

Dated: October 12, 2021

                                        JACQUELYN M. KASULIS
                                      Acting United States Attorney

                          By:   _____
                              JOSEPH A. MARUTOLLO
                              Assistant U.S. Attorney

                                                                      Special Attorney Acting Under Authority Conferred
                                                                      by 28 U.S.C. § 515
                                                                      Telephone: 718-254-6288
                                                                      Email: Joseph.marutollo@usdoj.gov

So ordered:


_____
THE HONORABLE ALVIN W. THOMPSON
U.S. DISTRICT JUDGE