UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COURTNEY C. LITOWITZ,
    *Plaintiff,*

v.                                                                                                  CASE NO.:  3:20-cv-00724-AWT

MERRICK B. GARLAND,
in his official capacity as the Attorney
General of the United States,
    *Defendants.*

## JUDGMENT

This matter came for consideration before the Honorable Alvin W. Thompson, United States District Judge as a result of defendant's motion to dismiss (Doc. 15).

The Court considered all papers filed in conjunction with said motion and on August 19, 2021 entered an order (Doc. 23) granting in part and denying in part Defendant's motion (Doc. 15). Only the prayers for declaratory and injunctive relief were dismissed.

On September 27, 2021, the parties filed a stipulation of dismissal (Doc. 28). The Court entered an order (Doc. 29) on October 13, 2021 approving the stipulation and ordering the action be dismissed with prejudice.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the defendant, in his official capacity as the Attorney General of the United States, and against the plaintiff Courtney C. Litowitz all in accordance with the Court's order (Doc. 23) and the case is closed.

Dated at New Haven, Connecticut this 18th day of October 2021.

                                                                         ROBIN D. TABORA, Clerk

                                                                         By /s/ Donna Barry
                                                                            Deputy Clerk

EOD:  October 18, 2021